Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Chris S. Milligan (Bar No. 211532)
cmilligan@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
UNION SECURITY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, BAKERSFIELD

| | |
|---|---|
| WILLIAM BISHOP, | Case No. 1:10-CV-02355-AWI-JLT |
| Plaintiff, | **ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| UNION SECURITY INSURANCE COMPANY; and DOES 1 through 10, inclusive, | [F.R.C.P. 41] |
| Defendants. | |

/ / /

/ / /

/ / /

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

0.0

1

ORDER RE STIPULATION FOR DISMISSAL
OF ENTIRE ACTION WITH PREJUDICE

# **ORDER**

Based upon the stipulation of the parties and for good cause shown,

**IT IS HEREBY ORDERED** that this action, Case No. 1:10-CV-02355-AWI-JLT is dismissed in its entirety as to all defendants, with prejudice.

**IT IS HEREBY FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs in this matter.

IT IS SO ORDERED.

Dated:  May 18, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

0.0

2

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE